UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :
                                      :
            -v.-                      :
                                      :          **UNSEALING ORDER**
GERY SHALON,                          :
    a/k/a "Garri Shalelashvili,"      :          S1 15 Cr. 333 (LTS)
    a/k/a "Gabriel,"                  :
    a/k/a "Gabi,"                     :
    a/k/a "Phillipe Mousset,"         :
    a/k/a "Christopher Engeham,"      :
JOSHUA SAMUEL AARON,                  :
    a/k/a "Mike Shields," and         :
ZIV ORENSTEIN,                        :
    a/k/a "Aviv Stein,"               :
    a/k/a "John Avery,"               :
                                      :
            Defendants.               :
                                      :
- - - - - - - - - - - - - - - - - - x

        Upon the application of the United States, by the United

States Attorney for the Southern District of New York, Preet

Bharara, by Assistant United States Attorney Eun Young Choi;

        It is found that the S1 Indictment in the above-captioned

case is currently sealed and the United States Attorney's Office

has applied to have the S1 Indictment unsealed; it is therefore

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/11

ORDERED that the S1 Indictment in the above-captioned action be unsealed at 8:30 AM EST on November 10, 2015 and remain unsealed pending further order of the Court.

Dated:     New York, New York
           November 9, 2015


_____
THE HONORABLE LAURA T. SWAIN
United States District Judge
Southern District of New York