```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
            - v. -                 :
                                   :
GERY SHALON,                       :
      a/k/a "Garri Shalelashvili," :
      a/k/a "Gabriel,"             :
      a/k/a "Gabi,"                :
      a/k/a "Phillipe Mousset,"    :
      a/k/a "Christopher Engeham," :
JOSHUA SAMUEL AARON,               :
      a/k/a "Mike Shields," and    :
ZIV ORENSTEIN,                     :
      a/k/a "Aviv Stein,"          :
      a/k/a "John Avery,"          :
                                   :
                Defendants.        :
                                   :
- - - - - - - - - - - - - - - - - x
```

**Notice of Appearance and Request for Electronic Notification**

S1 15 Cr. 333 (LTS)

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

by: /s/ Noah Solowiejczyk
Noah Solowiejczyk
Assistant United States Attorney
(212) 637-2473
Noah.Solowiejczyk@usdoj.gov