```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

    - v. -                         :     ORDER

GERY SHALON, et al.                :     S1 15 Cr. 333 (LTS)

                                   :

              Defendants.    :

- - - - - - - - - - - - - - - - - -X

       Upon the application of the United States of America, by and through Assistant United States Attorneys Eun Young Choi and Noah Solowiejczyk, and with the consent of the defendants by and through their counsel, it is hereby ORDERED that the time between April 18, 2017 and May 18, 2017 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The April 18, 2017 Conference is adjourned to May 18, 2017, at 11:00 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it would permit the parties to further discuss possible pre-trial disposition of this matter.

Dated:  New York, New York
       April 17, 2017

                                              _____
                                              THE HONORABLE LAURA TAYLOR SWAIN
                                              UNITED STATES DISTRICT JUDGE