

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2019

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

                      Re:    **United States v. Ziv Orenstein**,
                                15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter regarding defendant Ziv Orenstein, who has a sentencing control date of November 15, 2019.  The Government writes to respectfully request the Court to set a sentencing date for Orenstein in approximately four months' time, as well as to order a Presentence Report to be prepared by the Probation Office.  The Government has conferred with defense counsel for Orenstein, who consents to this request and also wishes to be present for any interview of Orenstein by Probation.

                                                     Respectfully submitted,

                                                     GEOFFREY S. BERMAN
                                                     United States Attorney

                                    By:   _____
                                               Eun Young Choi
                                               Noah Solowiejczyk
                                               Sarah Lai
                                               Assistant United States Attorney
                                               Southern District of New York
                                               (212) 637-2187/2473/1944

cc:  Alan Futerfas (via ECF)