

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-2019

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2019

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

**MEMO ENDORSED**

Re: **United States v. Ziv Orenstein,**
15 Cr. 333 (LTS)

Dear Judge Swain:

The Government respectfully submits this letter regarding defendant Ziv Orenstein, who has a sentencing control date of November 15, 2019. The Government writes to respectfully request the Court to set a sentencing date for Orenstein in approximately four months' time, as well as to order a Presentence Report to be prepared by the Probation Office. The Government has conferred with defense counsel for Orenstein, who consents to this request and also wishes to be present for any interview of Orenstein by Probation.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Eun Young Choi
Noah Solowiejczyk
Sarah Lai
Assistant United States Attorney
Southern District of New York
(212) 637-2187/2473/1944

*The sentencing is adjourned to 11:00 AM on March 12, 2020. A PSR will be ordered, with a direction that defense counsel is to be present for interview. Submissions to be made in accordance with undersigned's procedures (see court website). DE #111 resolved.*

SO ORDERED:

/s/ Laura Taylor Swain 11/19/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Alan Futerfas (via ECF)