

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

March 11, 2020

**By ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-12-2020

      Re:    **United States v. Ziv Orenstein,**
                 15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter regarding defendant Ziv Orenstein, who has a sentencing control date of March 12, 2020. The Government writes to respectfully request the Court to set a sentencing date for Orenstein to any date after May 25, 2020, so that the parties may have additional time to prepare their sentencing submissions, and for the Government to continue to receive information regarding restitution in this manner. The Government has conferred with defense counsel for Orenstein, Alan Futerfas, who consents to this adjournment.

- The sentencing is adjourned to May 28, 2020, at 2:30 pm

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

SO ORDERED:

/s/ 3/12/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: /s/ Eun Young Choi
Eun Young Choi
Noah Solowiejczyk
Sarah Lai
Assistant United States Attorney
Southern District of New York
(212) 637-2187/2473/1944

cc: Alan Futerfas (via ECF)