

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2020

<u>Via ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>United States</u> v. <u>Andrei Tyurin</u>,
                15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government respectfully writes, on consent of the defendant, to request that the Court reschedule the sentencing date for defendant Andrei Tyurin, which is presently scheduled for July 23, 2020 at 10:00 AM. The Government has another sentencing already set for this time. In light of the parties' schedules and the schedule of the Court, the Government respectfully requests that the sentencing be rescheduled to July 21, 2020, at either 2:30 PM or 11:00 AM.

      A proposed endorsement for the Court's consideration is below.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                    By:   *[signature]*
                                          Eun Young Choi
                                          Assistant United States Attorney
                                          Southern District of New York
                                          (212) 637-2187

**MEMO ENDORSEMENT:**

At the request of the parties it is hereby ORDERED that the sentencing of Andrei Tyurin is hereby rescheduled for July 21, 2020, at _____ AM/PM.

IT IS SO ORDERED.

Dated: May \_\_\_\_, 2020
      New York, New York

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK