

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

**Via Email**

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Ziv Orenstein**,
              15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government respectfully writes, on consent of the defendant, to request that the Court reschedule the sentencing date for defendant Ziv Orenstein, which is presently scheduled for June 26th at 2:30 PM.  The parties jointly request an adjournment in this matter in light of the ongoing COVID-19 pandemic.  In light of the parties' schedules and the schedule of the Court, the Government respectfully requests that the sentencing be rescheduled to August 3, 2020 at 2:00 PM.

      A proposed endorsement for the Court's consideration is below.

                                Respectfully submitted,

                                AUDREY STRAUSS
                              Acting United States Attorney

            By:    _____
                      Eun Young Choi
                      Assistant United States Attorney
                      Southern District of New York
                      (212) 637-2187

Hon. Laura Taylor Swain
June 24, 2020
Page 2

**MEMO ENDORSEMENT:**

    At the request of the parties it is hereby ORDERED that the sentencing of Ziv Orenstein is hereby rescheduled for August __3__, 2020, at __2:00__ A̶M̶/PM.

    IT IS SO ORDERED.

Dated: June __25__, 2020
       New York, New York

                                            /s/ Laura Taylor Swain
                                            HONORABLE LAURA TAYLOR SWAIN
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF NEW YORK