UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                      15-CR-333 (LTS)

ZIV ORENSTEIN,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing proceeding currently scheduled for August 3, 2020, at 2:00 p.m., is hereby adjourned to **September 29, 2020, at 11:00 a.m.**, in Courtroom 17C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007.

In light of the ongoing public health emergency, the parties should plan arrive at the Courthouse early. All persons entering the courthouse must also follow the attached screening instructions, which the Court recommends doing **before** arriving at the courthouse.

The parties' submissions shall be made on the schedule provided in the Court's Sentencing Submission Procedures, which are available on the Court's website.

    SO ORDERED.

Dated: New York, New York
       July 30, 2020

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.