UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                    15-CR-333 (LTS)

ZIV ORENSTEIN,                                     ORDER

        Defendant.

-------------------------------------------------------x

The Court has received Defendant's letters of support, submitted directly to chambers in advance of his October 22, 2020, sentencing proceeding. Defendant requests permission to publicly file copies of those letters with redactions of the writers' contact information. The Court grants that request. Defendant shall file the letters of support on the public docket promptly, redacting only the writers' contact information.

       SO ORDERED.

Dated: New York, New York
       October 21, 2020

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge