```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                                         :     Docket No. 15 CR 333 (LTS)
- against -                              :
                                         :
                                         :
                                         :
ZIV ORENSTEIN, et al.,                   :
                          Defendants.    :
---------------------------------------------------------------x
```

# **LETTERS OF SUPPORT ON BEHALF OF ZIV ORENSTEIN**

Alan S. Futerfas
Law Offices of Alan S. Futerfas
565 Fifth Avenue, 7th floor
New York, New York 10017
(212) 684-8400
asfuterfas@futerfaslaw.com

Hello,

My name is Orly Gridish, I'm a 57 years old CPA, living in Netanya, Israel.

I would like to shortly describe my acquaintance with Ziv Orenstein.

I met Ziv in 2006 when we attended CPA classes. Ziv was in contact with another student, Shahar. The three of us (Ziv, Shahar and I) had kids and family in our care, we worked for our living while attending CPA courses. In 2006, in addition to my 3 kids, 2 twin grandchildren were born. Ziv had a family too and he worked in his family owned baby related products store. The courses were far from easy, and other students kept dropping off. Ziv always made sure that the 3 of us got together to study, especially so before exams. Thus the 3 of us successfully completed our studies and became CPAs.

The time we spent together studying contributed to knowing each other's families.

In 2009 the company I where I worked for the previous 18 years shut down. Ziv told me the company where he works is looking for an in-house accountant. I was hired and worked there, with Ziv, for 7 years. During those years, as the years before, Ziv's positive qualities came to affect. He managed dozens of employees but always had the back of anyone that needed it, and was involved, and took an interest in each of them. He took care to arrange activities and events for the employees at least once a month, and the happiness and welfare of the employees were important to him.

On July 2015 it was difficult to believe that Ziv was arrested. I drove with his mother to visit him in jail. Already then you could see the remorse on his face. The freedom that was taken from him made it clear that nothing on earth was worth that. Ziv didn't fall apart. He decided to do all that he can to get a second chance.

During his arrest in Israel he became in charge of the prison library. He asked and was granted the chance to fulfill educational roles and contribute to others as much as one can under the circumstances.

I know that Ziv is a smart person. He will use this setback as a stepping stone for the rest of his life, when above all else he regrets his actions and whole heartedly wants and can return to leading a normal life.

                                                          Orly Gridish

שלום.

שמי אורלי גרידיש אני רואת חשבון בת 57 גרה בנתניה ישראל.

אני רוצה לספר בקצרה על ההיכרות שלי עם זיו אורנשטיין.

פגשתי את זיו בשנת 2006 כשלמדנו לתואר רואה חשבון. זיו היה בקשר עם סטודנט נוסף בשם שחר. שלושתנו (זיו שחר ואני) היינו בעלי משפחות שעבדו לפרנסת המשפחה וגם למדו. בשנת 2006 בנוסף לשלושת ילדי נולדו גם שני נכדי התאומים. גם לזיו הייתה משפחה והוא עבד בחנות למכירת מוצרים ליולדת ולתינוק של המשפחה. הלימודים לא היו קלים ובמשך הזמן עזבו תלמידים מהכיתה. זיו תמיד דאג שנפגש שלושתנו ונלמד ביחד במיוחד לפני כל מבחן. כך סיימנו שלושתנו את התואר ואנחנו רואי חשבון.  הלימודים ביחד תרמו גם להכרת המשפחות שלנו.

בשנת 2009 החברה שבה עבדתי במשך 18 שנה נסגרה. זיו אמר לי שמחפשים חשבת בחברה שהוא עובד. התקבלתי לעבודה שם ועבדתי עם זיו במשך 7 שנים. גם במהלך שנים אלו באו לידי ביטוח התכונות הטובות שהכרתי אצל זיו. הוא היה מנהל של עשרות עובדים אבל תמיד תמך במי שהיה צריך היה מעורב והתעניין בכל אחד. הוא דאג לארגן פעילויות לעובדים לפחות אחת לחודש והאושר והרווחה של העובדים היו חשובים לו.

ביולי 2015 כאשר זיו נעצר היה קשה להאמין. אני נסעתי עם אמא שלו לבקר אותו בבית המעצר. כבר אז ניכר על פניו הצער העמוק על מה שקרה. החופש שנלקח ממנו הבהיר לו באחת כי שום דבר שבעולם לא שווה את המצב הזה. זיו לא נשבר הוא החליט לעשות את הכל כדי לקבל הזדמנות נוספת. כבר במעצר בישראל הוא היה אחראי על הספרייה. ביקש למלא תפקידים חינוכיים ולתרום לאחרים ככל האפשר במסגרת הנסיבות.

אני יודעת כי זיו אדם חכם. הוא ייקח את המעידה הזאת כאבן דרך לשארית חייו תוך שהוא יותר מכל אחד אחר מצטער על כך רוצה בכל מאודו וגם יכול לחזור לחיים נורמטיביים.

אורלי גרידיש

To
Hon. Laura Taylor Swain,

My name is Hodaya Sharon.

I have known Ziv Orenstein for approximately 7 years and, for the past four and a half years, we have been in a romantic relationship.

Ziv made a terrible mistake in judgment and I have seen how much he has truly tormented and tortured himself for the mistakes he made. I do not believe these mistakes define him as a person because I was privileged to see his actions in our daily lives.

I see it in the way he treats his mother and grandmother, with so much respect, generosity and kindness. Conversing with them for long hours to relieve them of boredom or longing helps them so much, even remotely. He helps them order needed food supplements, vitamins and medical equipment. He helps them with their day by day activities even though he's not physically close, finding solutions by phone and email to contact handymen and shops. He helps with their home's ongoing maintenance and all sorts of bureaucratic needs they have which, at times, are difficult for them.

I see how he cares for his three girls - what a father he is and how he devotes his time to long video calls where he helps them with homework, prepares with them for exams and spends long hours talking to them about their lives. He guides them in the right way, even when he is not living close to them.

I see how he conducts himself in the Jewish community in our neighborhood. He shows up at the synagogue whenever they need a Minyan (quorum for prayer). He helps anyone who needs his help and he never turns his back on a person in trouble. I saw Ziv invest long hours of his time to help complete strangers he does not know just because he felt a moral obligation to help a person in trouble.

For example, in 2017 we heard of a Israeli national that arrived by herself to the US, and had found temporary lodging with a family through the Queens Jewish community. She was sick and the people she was staying with had left for a few days, leaving her alone with no one to help or take care of her. Immediately Ziv bought cooked food and some over the counter drugs, made sure she got them and kept in touch with her for several days till she felt better.

These are all behaviors that, for me, signify Ziv's true nature. Ziv is a normal, good person who has made a terrible mistake in judgment for which he has tormented himself for years, far from his family and children, isolated in a foreign country.

It is important for me to note that my health is unstable and that I suffer from some medical conditions and have undergone knee surgery last year. I do not know what I would have done had it not been for Ziv and his dedicated care of me. Over the past few years, Ziv has always been there by my side, treating me with dedication, taking me to any doctor's examination or review, waiting with me for long hours in doctors' waiting rooms, waiting for any medical procedure, physiotherapy or surgery and carrying me in a wheelchair from treatment to treatment. I do not believe that a person with a criminal personality, without compassion, is able to treat another person with so much love and tenderness.

I believe Ziv has paid his debt to the society.
I am sure he will never make such mistakes in judgment.
I believe Ziv has the best support system to make sure he stays on the right and restored path.


I ask the Honorable Judge to show mercy in this case and recognize Ziv's good behavior, his true character and his full cooperation and remorse.

With respect,
Hodaya Sharon

לכבוד
כבוד השופטת לאורה טיילור סוויין

שמי הודיה שרון.

את זיו אורנשטיין אני מכירה כ-7 שנים ובמהלך ארבע וחצי השנים האחרונות אנחנו מנהלים מערכת יחסים זוגית-רומנטית.

זיו ביצע טעות נוראית בשיקול הדעת שלו וראיתי עד כמה הוא מתייסר באמת ובתמים ומענה את עצמו על אותן טעויות שביצע. איני מאמינה שטעויות אלה מגדירות אותו כאדם כי זכיתי לראות את המעשים שלו בחיי היום יום שלנו.

הדרך שבה הוא מתייחס לאמא ולסבתא שלו, בכל כך הרבה כבוד, נדיבות וטוב לב. משוחח איתן במשך שעות ארוכות כדי להפיג להן את השעמום או את הגעגוע, דואג לכל צרכיהן גם מרחוק ודואג לבריאותן על ידי רכישת תרופות, וויטמינים חשובים או ציוד רפואי. הוא מסייע להן בכל פעולה יומיומית למרות שהוא לא נמצא לידן פיזית, הוא דואג לבצע את כל הדרוש בעזרת האימייל או הטלפון, משוחח עם בעלי מקצוע בשמן, דואג לתחזוקה השוטפת של הבתים שלהן וכל בירוקרטיה מורכבת שלא תמיד הן מצליחות לטפל בה בעצמן.

אני רואה איך הוא מתייחס לשלוש הילדות שלו - איזה מין אבא הוא ואיך הוא מקדיש מזמנו לשיחות וידאו ארוכות שבהן הוא עוזר להן בשיעורי הבית, מתכונן איתן למבחנים ומשקיע מזמנו שעות ארוכות כדי לשוחח איתן על החיים שלהן, להדריך אותן ולכוון אותן בדרך הנכונה, גם כשהוא אינו חי קרוב אליהן.

אני רואה איך הוא מתנהל בקהילה היהודית בשכונה שלנו, מתייצב בבית הכנסת בכל פעם שזקוקים למניין, עוזר לכל אדם שזקוק לעזרתו ולעולם לא מפנה את גבו לאדם בצרה. ראיתי את זיו משקיע שעות ארוכות מזמנו כדי לעזור לזרים גמורים שאינו מכיר בכלל רק כי הרגיש חובה מוסרית לסייע לאדם בצרה.

כך לדוגמא בשנת 2017 שמענו על ישראלית שהגיעה לבדה לארה״ב ומתארחת בקהילה היהודית בקווינס, שהיא מאוד חולה והאנשים שאצלם היא מתארחת נסעו לכמה ימים כך שלא היה אף אדם שהיה יכול לעזור לה או לטפל בה. זיו מיד ניגש לעזרתה, קנה לה תרופות ואוכל מוכן והביא לה אותם עד אליה ואף המשיך להיות בקשר איתה עד שהחלימה וחזרה לאיתנה.

כל אלה הן התנהגויות אשר מעידות, בעיניי, על אופיו האמיתי של זיו ועל כך שלא מדובר באדם בעל אישיות עבריינית אלא באדם נורמטיבי שביצע טעות איומה בשיקול הדעת שעליה הוא מתייסר כבר שנים ארוכות, רחוק ממשפחתו ומילדיו, בודד במדינה זרה.

חשוב לי לציין שמצבי הבריאותי אינו יציב ושאני סובלת מכמה מחלות מאוד מורכבות כולל ניתוח בברך שעברתי בשנה שעברה ואיני יודעת מה הייתי עושה אילולא זיו והטיפול המסור שלו בי. לאורך השנים האחרונות, זיו תמיד היה שם לצידי, מטפל בי במסירות נפש, לוקח אותי לכל בדיקה או ביקורת אצל רופא, ממתין איתי שעות ארוכות בחדרי המתנה של רופאים, מחכה בכל הליך רפואי, פיזיותרפיה או ניתוח שעברתי וסוחב אותי בכסא גלגלים מטיפול לטיפול. איני מאמינה שאדם בעל אישיות עברינית, נטול חמלה ושעלול להיות מסוכן לחברה מסוגל לנהוג בכל כך הרבה אהבה ורוך באדם אחר.

אני מאמינה שזיו שילם את חובו לחברה.
אני בטוחה שהוא לעולם לא יבצע כאלה טעויות נוספות בשיקול הדעת.
אני מאמינה שלזיו יש את מערכת התמיכה הטובה ביותר על מנת לוודא שהוא יישאר במסלול הנכון והמשוקם.

אני מבקשת מכבוד השופטת לגלות רחמים בתיק זה ולהכיר בהתנהגות הטובה של זיו, אופיו האמיתי, שיתוף הפעולה המלא שלו והחרטה שהביע.

בכבוד,
הודיה שרון

25.04.2020

To:
Hon. Laura Taylor Swain

Re: Letter on behalf of Ziv Orenstein

I, Yasmin, am Ziv's young sister and have known Ziv all my life. I understand that Ziv has pled guilty and is due to appear before Your Honor for sentencing.

As I have known Ziv for many years, I would like to refer to several points in his life that will shed light on him being a loved brother, a caring father and an overall decent person.

First, I cannot put into words how much Ziv's presence is meaningful to me as an older brother. From a young age, despite the usual sibling rivalries, I've always known I can approach him with any issue I'm facing. Until this day, I will reach out to him whenever I need a sympathetic ear, advice or help solving an issue. He always listens with great patience and tries to help to the best of his ability. Our parents have been divorced for many years, and I know he helps our mom a lot with all the tasks that are difficult to do alone or at her age, such as dealing with bureaucracy, all sorts of decisions, and just having long phone calls with her, listening.

Our parents used to own a mom and pops store for selling baby related products. When they divorced my father left the family business. Ziv, who was then a young man, took upon himself the task of running the store and, through that, cared for the family's livelihood for many years. Shop-keeping demanded investing many hours, but Ziv always came with a smile. I know that because, when I completed my service in the Israeli military and needed a job, Ziv employed me at the store, providing me income without letting me feel needy. As a manager, Ziv was fair with all the employees. Evidence of that is by the fact that the team of employees stayed the same for many, many years, and were all considered a part of the family. One employee was allowed to stay home on Fridays, even though it was the busiest day, because she had personal needs. With the customers, Ziv's approach was "the client is always right" (even if he's clearly in the wrong), and he helped people coming in with faulty products even when they were purchased elsewhere.

Lastly, I would like to refer to Ziv's conduct in recent years which were undoubtfully challenging for him. Even throughout this period, Ziv kept a smile on his face when facing family and was always available for us over the phone. More than for myself, I'm especially moved by the ways

he finds in order to stay a meaningful part of his daughters' lives – regularly talking with them, helps them do their homework, and he is there for them in any way he can be.

I understand that the sentencing date is near and I'm anxious for my brother's future.  I'm writing to you in tears with hope that my letter will affect, even slightly, your decision to sentence my brother on the lighter side of the law.  It is difficult to describe an entire life in a short letter. It's difficult to convey the degree in which me personally, and all of the family, are Eagerly awaiting the moment when Ziv returns to us.

Respectfully,
Yasmin Kishinevski

25.4.2020

לכבוד:
כבוד השופטת לורה טיילור סווין

הנדון: מכתב עבור זיו אורנשטיין

אני , יסמין, אחותו הצעירה של זיו ועל כן מכירה את זיו כל חיי. אני מבינה שזיו הודה באשמה ויופיע בפני כבוד השופטת לקבלת גזר הדין.

היות ואנו מכירים כבר זמן אני רוצה להתייחס למספר נקודות בחייו של זיו אשר ישפיכו אור על היותו אח אהוב, הורה איכפתי ודואג לבנותיו ואדם הגון בכלל.

ראשית, אני לא יכולה לתאר במילים כמה הנוכחות של זיו משמעותית עבורי כאח גדול. מגיל צעיר, ולמרות המחלוקות הרגילות שיש בין אחים, תמיד ידעתי שיכולתי לפנות אליו בכל בעיה. גם היום אני פונה עליו כשאני צריכה אוזן קשבת, להתייעץ או עזרה בפתרון בעיה. הוא תמיד מקשיב בסבלנות גדולה ומנסה לעזור ככול יכולתו. ההורים שלנו גרושים מזה שנים רבות ואני יודעת שהוא גם עזר הרבה לאימי בכל המשימות שקשה לעשות לבד או בגיל מבוגר יותר כגון התמודדות עם בירוקטיה שצריך, החלטות שונות וגם בשיחות ארוכות ובהקשבה.

בבעלות הורי הייתה בעבר חנות משפחתית למכירת מוצרי תינוקות. כשההורים התגרשו, אבי עזב את העסק המשפחתי. זיו, שהיה אז בחור צעיר, קיבל על עצמו את משימת ניהול החנות ובכך למעשה דאג לפרנסת המשפחה במשך שנים ארוכות. העבודה בחנות הייתה תובענית מבחינת שעות אך זיו הגיע תמיד עם חיוך. אני יודעת את זה כי כאשר השתחררתי מהצבא והייתי זקוקה לפרנסה זיו העסיק אותי בחנות וכך למעשה גם תמך בי כלכלית בלי לתת לי תחושה של נזקקת. זיו כמנהל נהג בהוגנות גם בעובדים האחרים. עדות לכך הינה העובדה שהצוות היה קבוע ולא התחלף במשך שנים רבות, ולמעשה היה חלק מהמשפחה. כך למשל מצאנו את עצמנו עם עובדת אחת שלא עובדת ביום שישי כי היה לה התחייביות אישיות ביום זה אפילו שמדובר ביום העמוס בשבוע. גם מול הלקוחות זיו נהג בגישה של הלקוח תמיד צודק ( גם כשהוא לא) ועזר לאנשים שבאו אלינו עם מוצרים תקולים גם אם הם לא נקנו אצלנו.

ולבסוף אני רוצה לציין את ההתנהלות של זיו בשנים האחרונות, אשר היו ללא ספק מאתגרות עבורו. גם בתקופה הזאת, זיו ממשיך לשים חיוך על הפנים מול בני המשפחה ולהיות שם בשבילנו בטלפון. אבל יותר מעבורי, מרגש אותי במיוחד האופן בו הוא ממשיך להיות גורם משמעותי עבור בנותיו- מדבר איתן באופן שוטף בטלפון, מכין איתן שיעורי בית ונמצא שם עבורן בכל דרך שהוא יכול.

אני מבינה שמועד גזר הדין הולך ומתקרב ואני חרדה לעתידו של אחי. אני כותבת לך עם דמעות בעיניים בתקווה שמכתב זה ישפיע ואף לו במעט על החלטתך לשפוט את אחי בצד המקל יותר של גזר הדין. קשה לתאר חיים שלמים במכתב קצר, וקשה להעביר עד כמה אני באופן אישי, וכל המשפחה, מחכים לרגע בו זיו יחזור לחיק המשפחה.

בהערכה,
יסמין קישינבסקי

Letter on behalf of Ziv Orenstein

Greetings, my name is Inbal Pinsky and I am Ziv's sister. Ziv is a year and a half older than me. Throughout our childhood as well as our adult life, Ziv always took care of me and protected me. Ziv has a heart of gold, always helping others, always listening with lots of patience and always giving me the best advice.

From knowing him all of my life, he always handled himself calmly and responsibly, he was always fair to everyone: employees, friends and family. Everyone that knows him loves him, admires him and respects him. And everyone has only good things to say of him.

Ziv is a very smart person, with a strong spirit, diligent and has a strong work ethics, I'm positive a bright future awaits him once he can carry on with his life.

Even throughout the recent period, which is harder than usual for all of us, he is always there for us, smiling, calming, offering a friendly ear through long phone calls and mostly seeds us all with optimism. I have learned a lot from my brother throughout my life, and even during this period he showed me how to always look at the good, keep the family united, and overcome obstacles together. I feel it's important to point out my brother's dedication as a father, he works hard to see his daughters as much as he can, talks with them on a daily basis overcoming the time zone differences, always showing patience, helping them with their homework or just listening and helping in every way possible.

I, and the rest of the family, miss him so much it hurts, and we hope he will be sentenced with leniency, allowing him to return to his country, his family and three daughters, to carry on with his life. It is my belief that people deserve a second chance, and none is more deserving of this than my brother. I know a single letter cannot encapsulate an entire life, but my hope is that

Your Honor will see how good of a person my brother is and how he will grasp the opportunity to do good in his life for himself and others.

Inbal Pinsky

מכתב המלצה לזיו אורנשטיין

שלום רב, שמי ענבל פינסקי ואני אחותו של זיו. זיו גדול ממני בשנה וחצי. לאורך כל ילדותנו וגם בחיינו הבוגרים זיו תמיד דאג לי ושמר עלי. לקראת המשפט הצפוי לו בפני השופטת המכובדת הייתי רוצה לספר על זיו. לזיו יש לב זהב תמיד עוזר לאחרים, תמיד פתוח להקשיב, עם הרבה סבלנות תמיד נותן את העצה הכי טובה.

מהכרותי איתו במשך כל חייו הוא תמיד התנהל בצורה רגועה ואחראית, הוא תמיד היה הגון כלפי כולם: עובדים שלו חברים ומשפחה. כל מי שמכיר את אחי אוהב אותו, מעריך אותו ומכבד אותו. ולכולם יש לומר עליו רק דברים טובים.

זיו הוא איש מאוד חכם, חזק בנפשו, חרוץ ועם מוסר עבודה גבוה ואני בטוחה שצפוי לו עתיד טוב ברגע שיוכל להמשיך בחייו.

גם בתקופה האחרונה שהייתה קשה מהרגיל עבור כולנו הוא תמיד שם בשבילנו, מחייך, מרגיע, מקשיב בשיחות טלפון ארוכות ובעיקר זורע בכולנו אופטימיות. למדתי מאחי רבות לאורך כל חיי ואפילו בתקופה האחרונה למדתי ממנו תמיד לראות את הטוב, לשמור על המשפחה חזקה וביחד ולהתגבר על כל המכשולים. גם חשוב לי לציין את מסירותו של אחי כאבא, הוא נלחם לראות את בנותיו כמה שיותר, הוא משוחח איתן בטלפון על בסיס יומי אפילו עם פערי השעות בין ישראל לארצות הברית תמיד על סבלנות, עוזר להם בשיעורים או סתם מקשיב ומסייע בכל דרך שניתן.

אני וכל המשפחה מתגעגעים אליו עד כאב ומקווים שיקבל עונש מופחת ויוכל לחזור לארצו  למשפחתו ולשלושת בנותיו ולהמשיך את חייו. אני מאמינה שלאדם אכן מגיעה הזדמנות שנייה, אין אדם ראוי יותר מאחי לקבל הזדמנות זו ולחזור לחייו. אני יודעת שמכתב אחד לא יוכל לתאר חיים שלמים וכולי תקווה שכבוד השופטת תוכל לראות עד כמה אחי אדם טוב שינצל הזדמנות זו כדי לעשות בחייו דברים טובים עבורו ועבור אחרים.

ענבל פינסקי

May 9th, 2020

The honorable Federal court

New York, USA

Your honor,

Best greetings!

My name: Zina Essel

Born December 6th, 1931 in Israel

I'm Ziv's loving grandmother

Of my very dear grandchild: Ziv Orenstein

Ziv was, as a child, a teenager and an adult,

Always pleasant, polite to everyone, happy to land a hand, honest and with a kind heart.

For example: During the holidays, when the extended family would visit, everyone said Hello and Happy Holiday!

While Ziv said Hello, Happy Holiday and what can I help you with?

I'm whole hope, praying and yearning that this would be behind him, that he will get his freedom back, also for his 3 lovely daughters, that miss him and await their father's return. I miss him too and hope I will live to see the day he is free, when all this tragedy is behind him.

With great respect: Zina Essel

9.5.2020

כבוד בית המשפט
הפדרלי, ניו-יורק, ארהב,

כבוד השופט ........

שלום רב!

אני: גינה שלף
ילידת 6.12.1931 בפולין.

הנני סבתו האוהבת
של נכדי היקר: ניו ווהרבן,

ניו היה ילד, נער ובחור,
מאוד נעים הליכות, מהדר בניומס של שבת,
אוהב חכמה, ישר ונוח לו.
לצאל: חכמים, בוגר בל בני המשפחה
הקשיבו לביקורת, ניו שתה וגם שתה!
ולולי ניו את שלום, מה את ורנה שפר בגור לן?
אני בולי תקוה, שאתה ואתחשת של בו יהיה
כבד ולותרו, ויכבד שלו לפולני, עם אור
פגישת בנכיו הקסמים, נישאקות והחלות כדר
בלבל שיתנה, עם כל התשגרת ותקוה שלוסיף
לחלוקו תלפני, על הקטנים הלוק תמיד וחלורו,
בכבוד רב: גינה שלף,