UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                          15-CR-333 (LTS)

ZIV ORENSTEIN,                                        ORDER

              Defendant.

-------------------------------------------------------x

With the consent of the parties, the Court directs the Clerk of Court to unseal the following previously-sealed documents and file them on the public docket of this action:

1. The documents sealed at docket entry no. 29;
2. The documents sealed at docket entry no. 145;
3. The documents sealed at docket entry no. 146; and
4. The documents sealed at docket entry no. 156.

The Court will also file on the public docket (1) a letter dated July 28, 2020, from defense counsel, and (2) a letter dated November 4, 2020, from the Government.

Pursuant to the Court's Order dated October 21, 2020 (docket entry no. 156), the parties' sentencing submissions remain under seal. The Court directs the Government to confer with counsel for Defendant and submit a status report each October 1 and April 1, updating the Court as to the continued necessity of maintaining those submissions under seal.

      SO ORDERED.

Dated: New York, New York
       October 26, 2021

                                                      /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge