# ALAN S. FUTERFAS

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR

NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK
MATTHEW C. MCCANN

BETTINA SCHEIN
OF COUNSEL

Filed under Seal

FACSIMILE: (212) 684-5259
asfuterfas@futerfaslaw.com

March 23, 2017

By Facsimile
Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

*United States v. Ziv Orenstein*, 15 Cr. 333 (LTS)

Dear Judge Swain:

On March 9, 2017, Your Honor endorsed a joint bail modification request made by the government. *See* Attached Order dated March 9, 2017. The intent of that modification was to permit Mr. Orenstein to be on a curfew monitored by pretrial services. However, because our joint letter did not specifically request and identify that Mr. Orenstein would henceforth be on a curfew, pretrial services is reluctant to read that change of condition into the Court's Order. We understand that ambiguity and write this clarifying letter in consultation with pretrial services. Accordingly, this letter respectfully requests that as part of the bail modification ordered on March 9, 2017, Mr. Orenstein be permitted to be out of his home during the day with a curfew period from 10 pm to 9 am. Both the government and pretrial services consent to this clarification of the bail modification order of March 9, 2017.

Thank you for your consideration of this matter.

*The order is clarified as set forth above. This endorsed order will be filed under seal, as was the March 9, 2017, order*

**SO ORDERED:**

/s/ 3/23/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully yours,

Alan Futerfas / by EBR

Alan S. Futerfas

cc: AUSA Eun Young Choi, Esq. (by email)
AUSA Noah Solowiejczyk, Esq. (by email)
USPS Joshua Rothman (by email)

Copies mailed/faxed to  both Parties
Chambers of Judge Swain
on 3-24-2017