

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2017

**UNDER SEAL**

**BY ELECTRONIC MAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

        Re:    **United States v. Ziv Orenstein,**
                 15 Cr. 333 (LTS)

Dear Judge Swain:

        The Government respectfully submits this letter regarding defendant Ziv Orenstein, and to respectfully request that the Court adjourn the control date, currently scheduled for June 30, 2017, for an additional six months' time.

        As the Court is aware, on August 11, 2016, the defendant entered a guilty plea pursuant to a cooperation agreement. The Court has previously set a control date for tomorrow with regard to the defendant's sentencing. Mr. Orenstein's cooperation efforts, however, are ongoing. Accordingly, after consulting with defense counsel, Alan Futerfas, the Government requests an adjournment of the sentencing control date for six months, until December 30, 2017, or at the Court's discretion. If, in the interim, the Government concludes that no further assistance will be required of the defendant, the Government will contact the Court and ask that an earlier sentencing date be set.

Hon. Laura Taylor Swain
June 29, 2017
Page 2

    Finally, the Government respectfully requests that this submission be filed under seal in light of its discussion of Orenstein's efforts to cooperate with the Government.

    Please find a proposed endorsement for the Court's consideration below.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: _Eun Young Choi_
    Eun Young Choi
    Noah Solowiejczyk
    Sarah Lai
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2187/2473/1944

**SEALED ENDORSEMENT:** Upon the application of the Government, with the consent of the defendant, the sentencing control date for Ziv Orenstein is hereby adjourned until ~~December~~/January 5, 2018. at 2:00 pm.

For the reasons stated above by the Government, this endorsement is to be filed under seal by the Clerk of the Court.

SO ORDERED.

Dated:    June 30, 2017
           New York, New York

_/s/_
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Alan Futerfas (via email)