


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2018

**UNDER SEAL**

**BY ELECTRONIC MAIL**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

**MEMO ENDORSED**

        Re:    **United States v. Ziv Orenstein**,
                    15 Cr. 333 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter regarding defendant Ziv Orenstein, and to respectfully request that the Court adjourn the control date, currently scheduled for January 5, 2018, for an additional six months' time.

      As the Court is aware, on August 11, 2016, the defendant entered a guilty plea pursuant to a cooperation agreement. The Court has previously set a control date for tomorrow with regard to the defendant's sentencing. Mr. Orenstein's cooperation efforts, however, are ongoing. Accordingly, the Government requests an adjournment of the sentencing control date for an additional six months, until July 5, 2018, or at the Court's discretion. If, in the interim, the Government concludes that no further assistance will be required of the defendant, the Government will contact the Court and ask that an earlier sentencing date be set.

Hon. Laura Taylor Swain
January 4, 2018
Page 2

Finally, the Government respectfully requests that this submission be filed under seal in light of its discussion of Orenstein's efforts to cooperate with the Government.

Please find a proposed endorsement for the Court's consideration below.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: _____
Eun Young Choi
Noah Solowiejczyk
Sarah Lai
Assistant United States Attorney
Southern District of New York
(212) 637-2187/2473/1944

**SEALED ENDORSEMENT:** Upon the application of the Government, with the consent of the defendant, the sentencing control date for Ziv Orenstein is hereby adjourned until July  6 , 2018, at 2:00 pm.

For the reasons stated above by the Government, this endorsed letter is to be filed under seal by the Clerk of the Court.

SO ORDERED.

Dated:      January  5 , 2018
            New York, New York

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Alan Futerfas (via email)