```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   15-CR-333-LTS-3
     -against-                       :
                                     :   SEALED ORDER
                                     :
Ziv Orenstein                        :
     a/k/a "Aviv Stein,"
     a/k/a "John Avery"
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

LAURA TAYLOR SWAIN, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of curfew and in its place impose stand-alone GPS monitoring.

Dated: New York, New York
       April 1, 2020

SO ORDERED:

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge