UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                                          15-CR-333 (LTS)

ZIV ORENSTEIN,                                SEALED ORDER

                Defendant.

-------------------------------------------------------x

          The Court has received Defendant's sentencing submission, submitted to chambers on October 8, 2020, as well as the Government's sentencing letter-submission, dated October 15, 2020. Defendant and the Government request that these submissions be filed under seal.

          The Court grants the applications for sealed filings of the above-listed sentencing submissions, which contain extensive and detailed accounts of government investigations and Defendant's cooperation with them. The Court finds that the higher values of protection of the Defendant against danger implicated by widespread knowledge of his extensive cooperation against persons in multiple countries, and of the Government's investigative activities and methods, outweigh the First Amendment and common law rights of access to these documents, and further finds that sealing the submissions in their entirety is the appropriately narrowly tailored method of protecting these interests because the documents consist almost exclusively of the information requiring protection.

          SO ORDERED.

Dated: New York, New York
         October 21, 2020

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge